# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## BRYSON CITY DIVISION
### 2:10mj1

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Vs.** | ) | **ORDER** |
| | ) | |
| **TIMOTHY EDWARD WISBY.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the court upon the government's Motion to Correct Defendant's Name on Complaint. Having considered the government's Motion to Correct Defendant's Name on Complaint and reviewed the pleadings, and it appearing that good cause has been shown for the relief sought, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the government's Motion to Correct Defendant's Name on Complaint (#7) is **GRANTED,** and the Complaint as well as all other pleadings are corrected to reflect defendant's correct name as provided in the above caption.

Signed: March 31, 2010

Dennis L. Howell
United States Magistrate Judge